1056

BELLEVUE TECHNOLOGY TOWER, L.L.C., *Plaintiff*, v. DPR CONSTRUCTION, INC., *Defendant*. DPR CONSTRUCTION, INC., *Respondent*, v. TTBL, L.L.C., *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 01-2-17560-2, Linda Lau, J., entered June 19 and 24, 2003. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Schindler, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY E. HOWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-1-01408-1, David A. Nichols, J., entered November 26, 2003. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. RICKY DALE GILLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-02262-9, Ellen J. Fair, J., entered December 19, 2003. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY JOE BURNS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-03280-6, Catherine D. Shaffer, J., entered September 12, 2003. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Ellington and Schindler, JJ.